# Cooley

> The parties' request at ECF No. 26 is **GRANTED**. The referenced briefing schedule is **ADOPTED**. The pending motion to dismiss is **DENIED as moot**. (See ECF No. 18).
>
> The Clerk of Court is respectfully directed to close ECF Nos. 18 & 26.
>
> SO ORDERED.   July 9, 2025
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

James Kim
T: +1 212 479 6256
jameskim@cooley.com

Via ECF

July 8, 2025

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lowe v. MoneyLion Technologies Inc.*, Case No. 1:25-cv-04098-DEH

Dear Judge Cave:

We represent Defendant MoneyLion Technologies Inc. ("MoneyLion") in the above-referenced matter. On behalf of all parties, and pursuant the Order of Reference (ECF No. 9) and Rule I.D of Your Honor's Individual Practices in Civil Cases, we write to request an extension and to propose the following briefing schedule in connection with MoneyLion's forthcoming response to the Amended Complaint filed on July 7, 2025:

- **Tuesday, August 12, 2025**: MoneyLion's motion responding to the Amended Complaint.

- **Wednesday, August 27, 2025**: Plaintiffs' opposition to MoneyLion's motion.

- **Wednesday, September 10, 2025**: MoneyLion's reply in support of its motion.

MoneyLion's current deadline to respond to the Amended Complaint is Monday, July 21. MoneyLion previously requested an extension of its deadline to respond to the initial complaint, which the Court granted.[1]  *See* ECF Nos. 8, 10. The reason for this request is to permit adequate investigation of the new claims raised in the Amended Complaint and to adjust the default briefing schedule based on input from all parties' counsel.

Plaintiffs consent to the extension request and jointly propose the foregoing briefing schedule. There is no appearance currently scheduled before this Court.

Sincerely,

*/s/ James Kim*
James Kim

---

[1] MoneyLion filed a motion to dismiss or, alternatively, to compel arbitration in response to the initial complaint on June 23, 2025.  *See* ECF No. 18. That motion may be denied as moot due to the Amended Complaint.