## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES LOWE, MICHAEL COLLINS, and RAE FULLER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONEYLION TECHNOLOGIES INC., d/b/a MONEYLION,<br><br>Defendant. | 1:25-cv-04098-DEH-SLC |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 9 U.S.C. § 16(a), Defendant MoneyLion Technologies Inc. appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order on Defendant's Motion to Compel Arbitration or Dismiss (ECF No. 58) entered March 9, 2026.

| | | |
|---|---|---|
| Dated:  March 16, 2026 | By: | /s/ James Kim |

                                              James Kim (NY 3018397)
Kaitland Kennelly (NY 5211487)
Hugh Hamilton (NY 5825674)
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6000
jameskim@cooley.com
kkennelly@cooley.com
hhamilton@cooley.com

Ephraim McDowell (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC  20004-2400
Tel: (202) 842-7800
emcdowell@cooley.com

*Attorneys for Defendant MoneyLion Technologies Inc.*