**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES LOWE, MICHAEL COLLINS, and RAE FULLER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONEYLION TECHNOLOGIES INC., d/b/a MONEYLION,<br><br>Defendant. | 1:25-cv-04098-DEH-SLC |

# JOINT STATEMENT

Pursuant to the Court's Order entered March 9, 2026 (ECF No. 58), undersigned counsel for Defendant MoneyLion Technologies Inc. and Plaintiffs James Lowe, Michael Collins, and Rae Fuller (collectively, the "Parties") hereby submit this Joint Statement. The Parties agree that the March 16, 2026 Notice of Appeal filed by MoneyLion Technologies Inc. (ECF No. 59) has automatically stayed proceedings before this Court pending resolution of the appeal. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738 (2023) (holding that "[w]hen a federal district court denies a motion to compel arbitration," and the "losing party [seeks an] . . . interlocutory appeal" pursuant to 9 U.S.C. § 16(a), "the district court must stay its pretrial and trial proceedings while the interlocutory appeal is ongoing"). The Parties therefore do not propose any Case Management Plan and Scheduling Order at this time, and we do not seek referral for a settlement conference or participation in the District's Mediation Program.

Dated: March 23, 2026

Respectfully submitted,

*/s/ Joshua R. Jacobson*
Joshua R. Jacobson (*pro hac vice*)
JACOBSON PHILLIPS, PLLC
2277 Lee Road, Ste. B
Winter Park, FL 32789
(321) 447-6461
joshua@jacobsonphillips.com

*Attorney for Plaintiffs James Lowe, Michael Collins, and Rae Fuller*

*/s/ James Kim*
James Kim (NY 3018397)
Kaitland Kennelly (NY 5211487)
Hugh Hamilton (NY 5825674)
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6000
jameskim@cooley.com
kkennelly@cooley.com
hhamilton@cooley.com

Ephraim McDowell (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Tel: (202) 842-7800
emcdowell@cooley.com

*Attorneys for Defendant MoneyLion Technologies Inc.*